# Exhibit 2

# FOTOSEARCH
**Stock Photography and Stock Footage**
The World's Stock Photography - One Web Site ™
1-800-827-3920 [24 hrs. M-F]

MY ACCOUNT | VIEW CART | LIGHTBOXES | HELP | ESPAÑ

Advanced Search

All Image Types    dance steps    Search

ROYALTY FREE (RF)    RIGHTS MANAGED (RM)

CD STORE | BUNDLES | FREEBIES | LICENSING | NEW DISCS | FREE CATALOG | HOME

Search Tip: **View up to 100 images per page.** View more images on each page of search results by choosing 48, 76 or even 100 images per page. Just choose your preference below next to the text "Images per page".

## dance steps stock photos and images

Images per page  24

140 images    << Previous | 3 / 6 | Next >>    Jump to page    go


36 Bride And Groom Figurines Dancing In Front Of A Massive
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**


Spain, Barcelona. On the steps of the city's cathedral a
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**


Tango dancing to accordion music in Buenos Aires cafe
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**


Couples hambo dancing in Dalarna Provence of Sweden
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**


Female flamenco dancer with male guitarist
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**


Mexico City, Zocalo Square. Dancing
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**


Mexico City, Zocalo Square. Dancers Feet
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**


Female flamenco dancer with male guitarist
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**


Papua New Guinea. Mendi. Painted warriors with their
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**


Papua New Guinea. Southern Highlands. Painted warriors
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**


Papua New Guinea. Southern Highlands. Painted warriors
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**


Papua New Guinea. Southern Highlands. Painted warriors
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**

Dance steps Stock Photo Images. 140 Dance steps royalty free images... http://www.fotosearch.com/photos-images/dance-steps_3.html



Papua New Guinea, Southern Highlands Painted warriors
**Stock Connection Photos**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**



Dance steps
**age fotostock**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**



Group of young graduates dancing on the college steps
**Stockbyte Photos**
PRICE / INFO
Add to Lightbox
**RF Royalty Free**



Bee's Dance, Bali, Indonesia
**Brand X Pictures**
PRICE / INFO
Add to Lightbox
**RF Royalty Free**



Irish step dance
**age fotostock**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**



Instructor Showing Steps to Ballet Dancers
**Corbis Photos**
PRICE / INFO
Add to Lightbox
**RF Royalty Free**



Ballet dancers
**age fotostock**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**



Tango dancer in Buenos Aires, Argentina
**age fotostock**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**



Ballet dancer
**age fotostock**
PRICE / INFO
Add to Lightbox
**RM Rights Managed**



Dancing Diagram
**PhotoDisc Images**
PRICE / INFO
Add to Lightbox
**RF Royalty Free**



Couple ballroom dancing
**BananaStock Photos**
PRICE / INFO
Add to Lightbox
**RF Royalty Free**



Couple Dancing on Stairs
**Corbis Photos**
PRICE / INFO
Add to Lightbox
**RF Royalty Free**

**dance steps stock photos and images**

<< Previous | 3 / 6 | Next >>

140 images

of 3

8/24/2007 4:19 PM

Fotosearch Stock Photography and Stock Footage
Royalty Free Images

Publitek, Inc. dba Fotosearch
21155 Watertown Road
Waukesha, WI 53186-1898 USA

1-800-827-3920
+1 262-717-0740
Fax 262-717-0745
Find the Perfect Photo Fast!™

Send Us Your Feedback



**Publitek**
**Inc.**
**20 Years**

Stock Photography & Royalty Free Stock Photos licensed by Publitek, Inc. - Find the Perfect Photo Fast!™
The best online search engine for stock photography, photos, digital illustrations, picture clip art and royalty-free photograph images.
Fotosearch helps you find the perfect stock image, royalty free photo, stock photograph, picture or graphic. We also sell discs
containing royalty free stock photos, stock photographs, pictures, and graphics. Buy photographs and get immediate image file
downloads, or get fast, cheap delivery on CD-ROM or DVD. Fotosearch also delivers digital artwork, vector illustrations, clipart maps,
clip art, stock footage, EPS video animation clips, and stock audio music.
Fotosearch and Photosearch are trademarks of Fotosearch, LLC.
All rights reserved. © 8/24/2007 [pr] | About Us

# FOTOSEARCH
### Stock Photography and Stock Footage
The World's Stock Photography - One Web Site ™
**1-800-827-3920** [24 hrs. M-F]

MY ACCOUNT | VIEW CART | LIGHTBOXES | HELP | ESPAÑOL

Advanced Search

All Image Types    dance steps    **Search**

ROYALTY FREE (RF)    RIGHTS MANAGED (RM)

CD STORE | BUNDLES | FREEBIES | LICENSING | NEW DISCS | FREE CATALOG | HOME



**Dance steps**
G26-601360 age fotostock Rights Managed Photograph

**Image Options**
Email this Image          Add to Lightbox
View Large Image

**Keywords**
activity, agefotostock, amusement, arrow, arrows, class, classes, color, colour, confused, confusion, contemporary, dance, dancer, dancers, dancing, difficult, difficulty, feet, floor, floors, foot, footprint, footprints, fun, guidance, human, learn, learning, leisure, one, one person, people, person, persons, practice, practices, practicing, recreation, sequence, sequences, step, steps, trace, traces, vertical, stock image, images, royalty free photo, stock photos, stock photograph, stock photographs, picture, pictures, graphic, graphics, rights managed, g26-601360, g26 601360, g26601360

Rights-Managed Image Price Calculator          What is Rights-Managed?

**Usage**  Advertising Flyer / Booklet / Brochure

Quantity Produced   Up to 5,000

Size   1/4 page

Placement   Inside

Territory   United States

Languages   One language

Price USD $   100    **Price**   **Proceed to Step 2**

I understand that this image can only be licensed to customers with a billing address in the following countries: CANADA / GERMANY / FRANCE / MEXICO / UNITED STATES However, the territory of usage is determined by the criteria above.

This image is available for immediate download at this size
49.4 MB / 300 dpi / 11.2" x 17.2" / RGB

**Release Information**
There are no signed releases for this image

Click to view the licensing agreement for age fotostock

Fotosearch Stock Photography and Stock Footage
Royalty Free Images

Publitek, Inc. dba Fotosearch
21155 Watertown Road
Waukesha, WI 53186-1898 USA

1-800-827-3920
+1 262-717-0740
Fax 262-717-0745
Find the Perfect Photo Fast!™

Send Us Your Feedback





**Publitek**
**Inc.**

of 2

**20 Years**

Stock Photography & Royalty Free Stock Photos licensed by Publitek, Inc - Find the Perfect Photo Fast!™
The best online search engine for stock photography, photos, digital illustrations, picture clip art and royalty-free photograph images. Fotosearch helps you find the perfect stock image, royalty free photo, stock photograph, picture or graphic. We also sell discs containing royalty free stock photos, stock photographs, pictures, and graphics. Buy photographs and get immediate image file downloads, or get fast, cheap delivery on CD-ROM or DVD. Fotosearch also delivers digital artwork, vector illustrations, clipart maps, clip art, stock footage, EPS video animation clips, and stock audio music.
Fotosearch and Photosearch are trademarks of Fotosearch, LLC
All rights reserved. © 8/24/2007 [prj] | About Us

Stock Photography -- Search 2 Million Stock Photos, Stock Footage V...     http://www.fotosearch.com/interview.asp

# FOTOSEARCH®
**Stock Photography and Stock Footage**
The World's Stock Photography - One Web Site ™
**1-800-827-3920** [24 hrs. M-F]

MY ACCOUNT | VIEW CART | LIGHTBOXES | HELP | ESPAÑOL

All Image Types    dance steps    Advanced Search    Search

ROYALTY FREE (RF)    RIGHTS MANAGED (RM)

CD STORE | BUNDLES | FREEBIES | LICENSING | NEW DISCS | FREE CATALOG | HOME



G26-601360

Please look over the information in the topmost box and check for accuracy. If any item is incorrect click "back" at the bottom of the page to make changes.

Fill in all fields in the lower box, and select an industry

Finally, click "add to cart" and this image will be added to your cart

| | |
|---|---|
| Usage | Advertising Flyer / Booklet / Brochure |
| Publisher | AGE Fotostock |
| Quantity Produced | Up to 5,000 |
| Size | 1/4 page |
| Placement | Inside |
| Territory | United States |
| Languages | One language |
| Price | USD $325.00 |

End-User / Organization Name

Project Name

Industry   -- Please Select --

Starting Date   Year   Month   Day

Go Back                Add to Cart

Fotosearch Stock Photography and Stock Footage
Royalty Free Images

Publitek, Inc. dba Fotosearch
21155 Watertown Road
Waukesha, WI 53186-1898 USA

1-800-827-3920
+1 262-717-0740
Fax 262-717-0745
Find the Perfect Photo Fast!™

Send Us Your Feedback

      

**Publitek**
**Inc.**
**20 Years**

Stock Photography & Royalty Free Stock Photos licensed by Publitek, Inc. - Find the Perfect Photo Fast!™ The best online search engine for stock photography, photos, digital illustrations, picture clip art and royalty-free photograph images. Fotosearch helps you find the perfect stock image, royalty free photo, stock photograph, picture or graphic. We also sell discs containing royalty free stock photos, stock photographs, pictures, and graphics. Buy photographs and get immediate image file downloads, or get fast, cheap delivery on CD-ROM or DVD. Fotosearch also delivers digital artwork, vector illustrations, clipart maps, clip art, stock footage, EPS video animation clips, and stock audio music.

of 2                                                                                          8/24/2007 4:21 PM

Stock Photography -- Search 2 Million Stock Photos, Stock Footage V...    http://www.fotosearch.com/interview.asp

Fotosearch and Photosearch are trademarks of Fotosearch, LLC
All rights reserved © 8/24/2007 [pr] | About Us

Stock Photography -- Search 2 Million Stock Photos, Stock Footage V...    http://www.fotosearch.com/interview.asp

of 2                                        8/24/2007 4:21 PM





# Search results

**Search:** dance steps

SEARCH

○ Rights Managed    (+) options
○ Royalty Free
□ Only Model-Released
□ Only illustrations

Search within results

**Search Results:**   Total (112)   Rights Managed (40)   Royalty Free (72)

< previous | 1 2 3 4 5 | next >     Go to page     GO     Images per page  20 40 60 100 200

Need a selection of images? Click here for FREE RESEARCH



L88-367985
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
age fotostock
Rights Managed



COB-42-17273750
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
Corbis RF
Royalty Free



GSH-GS217030
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
CD images
Good Shoot
Royalty Free



GSH-GS217031
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
CD images
Good Shoot
Royalty Free



ISO-IS372-058
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
CD images
ImageSource
Royalty Free



GSH-GS217032
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
CD images
Good Shoot
Royalty Free



E58-601396
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
age fotostock
Rights Managed



GSH-GS217033
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
CD images
Good Shoot
Royalty Free



COB-42-17273760
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
Corbis RF



LS6-494191
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
age fotostock



GSH-GS217034
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
CD images
Good Shoot



L77-307657
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
age fotostock



GSH-GS217035
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
CD images
Good Shoot



MB-03800938
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
mauritius images



GSH-GS217036
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
CD images
Good Shoot



G26-601360
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
age fotostock

search results - age fotostock                                                                 http://www.agefotostock.com/age/ingles/iskw01.asp?actual=1&querys...



GSH-GS144016
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
CD images
Good Shoot



COB-CB037072
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
Corbis RF



GSH-GS144017
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
CD images
Good Shoot



K92-317813
Add to shopping cart
See medium resolution
Add to lightbox
Price quote
age fotostock

< previous | 1 2 3 4 5 | next >                          Go to page        GO    Images per page: 20 40 60 100 200

contact us    website terms    licensing terms    privacy policy

© 2007 age fotostock. All rights reserved

G26-601360 © Michael J. Hipple | Rights Managed               http://www.agefotostock.com/age/ingles/enim01.asp?foro=60540&lig...

log in                                                       español  français        lightboxes  my account  help

home        image search        cd search        purchase area        about us        photographers

# Image information

< Back

G26-601360 © Michael J. Hipple | Rights Managed



Instructions for downloading the preview image
By downloading the image above you agree to the terms and conditions of the Comping License Agreement for Rights Managed Images

Add to shopping cart
See medium resolution
Add to lightbox
Price quote

age fotostock

Dance steps

2.6" x 3.4" (2 MB - 300ppi RGB)
5" x 8" (10 MB - 300ppi RGB)

of 2                                                                                                 8/27/2007 3:49 PM

G26-601360 © Michael J. Hipple | Rights Managed          http://www.agefotostock.com/age/ingles/enim01.asp?foto=60540&lig...

8" x 11" (25 MB - 300ppi RGB)
10" x 14" (35 MB - 300ppi RGB)
11" x 16" (50 MB - 300ppi RGB)
Other file sizes available upon request

No signed releases for this image.

Please contact us, if you wish to license this image with exclusive rights.
Image availability cannot be guaranteed until time of purchase



> SEARCH   > UNSELECT ALL

contact us   website terms   licensing terms   privacy policy
© 2007 age fotostock. All rights reserved.

1 of 2                                                                                                8/27/2007 3:49 PM