The Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACK MACKIE, an individual,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL J. HIPPLE, an individual;<br>MICHAEL J. HIPPLE dba MIKE<br>HIPPLE PHOTOGRAPHY, a<br>Washington business; AGE<br>FOTOSTOCK AMERICA, INC., a<br>Delaware Corporation; and<br>PUBLITEK, INC. dba FOTOSEARCH<br>LLC, a Wisconsin Corporation,<br><br>              Defendants. | No. 2:09-cv-00164-RSL<br><br><br>**WAIVER OF SERVICE OF<br>SUMMONS - MICHAEL J. HIPPLE** |

**TO: Robert G. Nylander**

    I acknowledge receipt of your request that I waive service of a summons in the action of Jack Mackie v. Michael J. Hipple, *et al.*, which is case number No. 2:09-cv-00164-RSL in the United States District Court for the Western District of Washington. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you

No. 2:09-cv-00164-RSL

Waiver of Service of Summons - Michael J.
Hipple - 1

ORIGINAL

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, WA 98101
Telephone 206 340-4600

1   without cost to me.

2       I agree to save the cost of service of a summons and an additional copy of

3   the complaint in this lawsuit by not requiring that Michael J. Hipple on whose behalf

4   I am acting be served with judicial process in the manner provided by Rule 4.

5       Michael J. Hipple on whose behalf I am acting will retain all defenses or

6   objections to the lawsuit or to the jurisdiction or venue of the court except for

7   objections based on a defect in the summons or in the service of the summons.

8       I understand that a judgment may be entered against Michael J. Hipple on

9   whose behalf I am acting if an answer or motion under Rule 12 is not served upon

10   you within 60 days after February 18, 2009, or within 90 days after that date if the

11   request was sent outside the United States.

12

13   3/14/09
     Date                                 Signature

14

15                                    Michael Hipple
                                    Printed Name

16                                    10801 32nd Ave SW
                                    Address

17

18                                    Seattle, WA 98146
                                    Address

19                                    206-633-3427
                                    Phone

20

21                                    Email Address

22

23

24

25

No. 2:09-cv-00164-RSL

Waiver of Service of Summons - Michael J.
Hipple  - 2

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, WA 98101
Telephone 206 340-4600

# DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by the plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

No. 2:09-cv-00164-RSL

Waiver of Service of Summons - Michael J. Hipple  - 3

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, WA 98101
Telephone 206 340-4600