1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                              )
                                                              )
JACK MACKIE,                                      )
                                                              )          No.  C09-164RSL
                              Plaintiff,               )
            v.                                               )
                                                              )          ORDER TO SHOW CAUSE
MICHAEL J. HIPPLE, et al.,                   )
                                                              )
                                                              )
                              Defendants.          )
_____)

        This matter comes before the Court *sua sponte*.  The complaint in the above-
captioned matter was filed on February 5, 2009.  To date, service of the summons and complaint
has not been made on defendants, Age Fotostock America, Inc and Publitek, Inc., as required by
Fed. R. Civ. P. 4(m).  Plaintiff is hereby ORDERED to show cause why the complaint should
not be dismissed as to those defendants.  Plaintiff shall file a responsive brief no later than
October 16, 2009.


        DATED this 1st day of October, 2009.



                                                          _MM S Lasnik_____
                                                          Robert S. Lasnik
                                                          United States District Judge

ORDER TO SHOW CAUSE