The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACK MACKIE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. HIPPLE, an individual;<br>AGE FOTOSTOCK AMERICA, INC.,<br>a Delaware Corporation; and<br>PUBLITEK, INC. dba FOTOSEARCH<br>LLC, a Wisconsin Corporation,<br><br>Defendants. | No. 09-00164-RSL<br><br>PLAINTIFF'S RESPONSE TO<br>ORDER TO SHOW CAUSE<br>(DOCKET # 4) |

This responds to this Court's Order to Plaintiff Mackie to Show Cause why the case should not be dismissed as against the two entity defendants because of their lack of personal service.

Both of these entities responded to our Fed. R. Civ. P 4(d) request for waiver of personal service with requests to negotiate settlements as to them. Successful negotiation, which took longer because the need of one of the entities to correspond with officials in Europe, essentially is now finished but the confirming document is yet to be signed.

No. 2:09-cv-00164-RSL

Plaintiff's Response to Order to Show Cause
(Docket # 4) - 1

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101

Accordingly, Mr. Mackie asks that the complaint not be dismissed as to these defendants and that the court continue the deadline to have defendants Age Fotostock America, Inc. and Publitek, Inc. served until November 16, 2009. By then, we assume Mr. Mackie will have dismissed the complaint against them on the weight of a settlement agreement.

Dated this 5th day of October, 2009.

*/s/ Tom Hayton*

Thomas W. Hayton (WSBA # 5657)
Robert G. Nylander (WSBA #17264)
Philip E. Cutler (WSBA # 5084)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue, Suite 1650
Seattle, WA 98101
Email: rgnylander@cnhlaw.com
Email: tomhayton@cnhlaw.com
Email: philcutler@cnhlaw.com
Counsel for Plaintiff Jack Mackie

No. 2:09-cv-00164-RSL

Plaintiff's Response to Order to Show Cause (Docket # 4) - 2

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101