The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACK MACKIE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. HIPPLE, an individual; AGE FOTOSTOCK AMERICA, INC., a Delaware Corporation; and PUBLITEK, INC. dba FOTOSEARCH LLC, a Wisconsin Corporation,<br><br>Defendants. | No. 09-00164-RSL<br><br>ORDER GRANTING PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (DOCKET #4)<br><br>(Proposed) |

The Court having been advised and having reviewed Plaintiff's Response to Order to Show Cause (Docket #4), ORDERS as follows:

1. Complaint as to Defendants Age Fotostock America, Inc. and Publitek, Inc. is not dismissed.

2. Deadline to have defendants Age Fotostock America, Inc. and Publitek, Inc. served is continued to November 16, 2009.

No. 2:09-cv-00164-RSL

Order Granting Plaintiff's Response to Order to
Show Cause (Docket #4)         - 1

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600

Dated this _____ day of <u>October</u>, 2009.

The Honorable Robert S. Lasnik

_____

Presented by:

*/s/ Tom Hayton*

Thomas W. Hayton (WSBA # 5657)
Robert G. Nylander (WSBA #17264)
Philip E. Cutler (WSBA # 5084)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue, Suite 1650
Seattle, WA 98101
Email: rgnylander@cnhlaw.com
Email: tomhayton@cnhlaw.com
Email: philcutler@cnhlaw.com
Counsel for Plaintiff Jack Mackie

---

No. 2:09-cv-00164-RSL

Order Granting Plaintiff's Response to Order to
Show Cause (Docket #4)           - 2

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600