The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACK MACKIE, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>MICHAEL J. HIPPLE, an individual;<br>AGE FOTOSTOCK AMERICA, INC.,<br>a Delaware Corporation; and<br>PUBLITEK, INC. dba FOTOSEARCH<br>LLC, a Wisconsin Corporation,<br><br>                    Defendants. | No. 09-00164-RSL<br><br>CERTIFICATE OF SERVICE |

Elizabeth Fuhrmann hereby certifies and declares under penalty of perjury of the laws of the State of Washington as follows:

That she is an employee with the law firm Cutler Nylander & Hayton, P.S., 1191 Second Avenue, Suite 1650, Seattle, WA 98101; that on this 5th day of October, 2009, she presented **1) Plaintiff's Response to Order to Show Cause (Docket # 4), and 2) Proposed Order Granting Plaintiff's Response to Order to Show Cause (Docket # 4)** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: none;

No. 2:09-cv-00164-RSL

Certificate of Service   - 1

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600

1  and she also served a copy of the above referenced documents upon the following

2  parties of record at the addresses and the manner described below.

3  **Counsel for Michael J. Hipple:**
John E. Grant III
4  Law Office of John E. Grant PLLC
1752 NW Market St
5  Box # 211
Seattle WA 98107
6  Email: john@jegrantlaw.com

7  ( ) Hand Delivery
( ) Mail
8  ( ) Facsimile
**(X) Email**
9

10  **Counsel for Age Fotostock America, Inc. & Publitek, Inc.**
David R. Antal, Esq.
11  Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
12  Seattle, WA 98101-1340
Email:  dantal@pregodonnell.com
13
( ) Hand Delivery
14  ( ) Mail
( ) Facsimile
15  **(X) Email**

Elizabeth Fuhrmann

No. 2:09-cv-00164-RSL

Certificate of Service   - 2

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600