The Honorable Robert S. Lasnik

**09-CV-00164-WRNT**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACK MACKIE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. HIPPLE, an individual; AGE FOTOSTOCK AMERICA, INC., a Delaware Corporation; and PUBLITEK, INC. dba FOTOSEARCH LLC, a Wisconsin Corporation, <br><br> Defendants. | No. 09-00164-RSL <br><br> ORDER GRANTING PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (DOCKET #4) <br><br> ~~(Proposed)~~ |

The Court having been advised and having reviewed Plaintiff's Response to Order to Show Cause (Docket #4), ORDERS as follows:

1. Complaint as to Defendants Age Fotostock America, Inc. and Publitek, Inc. is not dismissed.

2. Deadline to have defendants Age Fotostock America, Inc. and Publitek, Inc. served is continued to November 16, 2009.

No. 2:09-cv-00164-RSL

Order Granting Plaintiff's Response to Order to
Show Cause (Docket #4)           - 1

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600

1  Dated this 9th day of <u>October</u>, 2009.

2

3                                                    The Honorable Robert S. Lasnik

4

5                                                    /s/ RS Lasnik

6  Presented by:

7

8  /s/ Tom Hayton

9  Thomas W. Hayton (WSBA # 5657)
   Robert G. Nylander (WSBA #17264)
10 Philip E. Cutler (WSBA # 5084)
   Cutler Nylander & Hayton, P.S.
11 1191 Second Avenue, Suite 1650
   Seattle, WA 98101
12 Email: rgnylander@cnhlaw.com
   Email: tomhayton@cnhlaw.com
13 Email: philcutler@cnhlaw.com
   Counsel for Plaintiff Jack Mackie

14

---

No. 2:09-cv-00164-RSL

Order Granting Plaintiff's Response to Order to
Show Cause (Docket #4)    - 2

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600