The Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACK MACKIE, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>MICHAEL J. HIPPLE, an individual; AGE FOTOSTOCK AMERICA, INC., a Delaware Corporation; and PUBLITEK, INC. dba FOTOSEARCH LLC, a Wisconsin Corporation,<br><br>                    Defendants. | No. 09-00164-RSL<br><br>NOTICE OF DISMISSAL WITH PREJUDICE<br><br>CLERK'S ACTION REQUIRED |

Plaintiff Jack Mackie, through counsel, hereby dismisses with prejudice his claims asserted against Defendants nominated as Age Fotostock America, Inc., and Publiteck, Inc. dba Fotosearch LLC.   This notice is made pursuant to F.R.Civ.P. 41(a)(1) and an agreement of the parties mentioned in this paragraph.

No. 2:09-cv-00164-RSL

Notice of Dismissal - Settlement - 1

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600

1 | Dated this 30th day of October, 2009.

*/s/ Thomas W. Hayton*

Thomas W. Hayton (WSBA # 5657)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue, Suite 1650
Seattle, WA 98101
Email: tomhayton@cnhlaw.com
Counsel for Plaintiff Jack Mackie

---

No. 2:09-cv-00164-RSL

Notice of Dismissal – Settlement – 2

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101