The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACK MACKIE, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. HIPPLE, an individual;<br>AGE FOTOSTOCK AMERICA, INC.,<br>a Delaware Corporation; and<br>PUBLITEK, INC. dba FOTOSEARCH<br>LLC, a Wisconsin Corporation,<br><br>　　　　　　Defendants. | No. 09-00164-RSL<br><br>CERTIFICATE OF SERVICE |

Elizabeth Fuhrmann hereby certifies and declares under penalty of perjury of the laws of the State of Washington as follows:

That she is an employee with the law firm Cutler Nylander & Hayton, P.S., 1191 Second Avenue, Suite 1650, Seattle, WA 98101; that on this 2nd day of November, 2009, she presented **1)Notice of Dismissal with Prejudice** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: none;  and she also served a copy of the above referenced documents upon the following parties of record at the addresses

No. 2:09-cv-00164-RSL

Certificate of Service   - 1

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600

1  and the manner described below.

2  **Counsel for Michael J. Hipple:**
John E. Grant III
3  Law Office of John E. Grant PLLC
1752 NW Market St
4  Box # 211
Seattle WA 98107
5  Email: john@jegrantlaw.com

6  ( ) Hand Delivery
( ) Mail
7  ( ) Facsimile
**(X) Email**
8

9  **Counsel for Age Fotostock America, Inc. & Publitek, Inc.**
David R. Antal, Esq.
10  Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
11  Seattle, WA 98101-1340
Email:  dantal@pregodonnell.com
12
( ) Hand Delivery
13  ( ) Mail
( ) Facsimile
14  **(X) Email**

15

16  _[signature]_

17  Elizabeth Fuhrmann

18

19

20

21

22

23

24

25

No. 2:09-cv-00164-RSL

Certificate of Service   - 2

Cutler Nylander & Hayton
Professional Service Corporation
1191 Second Avenue, Suite 1650
Seattle, Washington 98101
Telephone 206 340-4600