The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK MACKIE, an individual, | Case No. 09-00164-RSL |
| Plaintiff, | NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | |
| MICHAEL J. HIPPLE, et al., | |
| Defendant and 3rd Party Plaintiff | |
| v. | |
| AGE FOTOSTOCK AMERICA, INC., a Delaware Corporation. | |
| 3rd Party Defendant | |

Please take notice that John E. Grant and Eric S. Meltzer of the law firm Imua Legal Advisors hereby withdraw their appearances on behalf of Defendant and 3rd Party Plaintiff Michael J. Hipple individually and d/b/a Mike Hipple Photography. Defendant's co-counsel, Sylvia Luppert of Reaugh Oettinger & Luppert, P.S., will continue as counsel of record.

Notice of withdrawal of counsel – Page 1
Cause No. 09-00164-RSL

IMUA LEGAL ADVISORS
1752 NW Market St., # 211
Seattle, WA 98107
Tel 206-903-8182  Fax 206-903-8183

Defendant respectfully requests that all notices, pleadings, and further correspondence be directed to Ms. Luppert.

DATED this 3rd day of June, 2010.

/s/ John E. Grant_____

/s/ Eric S. Meltzer_____

John E. Grant (WSBA # 39539)
Eric S. Meltzer, Esq. (WSBA # 40203)
Imua Legal Advisors
1752 NW Market St., #211
Seattle, WA 98107
email: john@imualaw.com
email: eric@imualaw.com

Withdrawing Attorneys for Defendant

/s/ Sylvia Luppert_____

Sylvia Luppert (WSBA # 14802)
Reaugh Oettinger & Luppert, P.S.
1601 Fifth Avenue, Suite 2200
Seattle, WA 98101-1625
(206) 264-0665,
fax: (206) 264-0662
email: sll@reaugh.com

Continuing Attorney for Defendant

Notice of withdrawal of counsel – Page 2
Cause No. 09-00164-RSL

IMUA LEGAL ADVISORS
1752 NW Market St., # 211
Seattle, WA 98107
Tel 206-903-8182  Fax 206-903-8183

CERTIFICATE OF SERVICE

I, John E. Grant, hereby certify that on the 3rd day of June, 2010 I presented DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT to the Clerk of the Court for filing via upload to the CM/ECF system, which generated notification of same upon Plaintiff Jack Mackie's counsel of record, Thomas W. Hayton, by email to tomhayton@cnhlaw.com and upon 3rd Party Defendant Age Fotostock America, Inc's counsel of record David Antal by email to dantal@pregodonnell.com.

/s/ John E. Grant__
John E. Grant, Esq. (WSBA # 39539)

June 3, 2010

Notice of withdrawal of counsel – Page 3
Cause No. 09-00164-RSL

IMUA LEGAL ADVISORS
1752 NW Market St., # 211
Seattle, WA 98107
Tel 206-903-8182  Fax 206-903-8183