HONORABLE ROBERT S. LASNIK

09-CV-00164-STIP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK MACKIE,<br><br>      Plaintiff,<br>v.<br>MICHAEL HIPPLE, et al,<br><br>      Defendant, Third-party Plaintiff,<br>v.<br>AGE FOTOSTOCK AMERICA, INC.<br><br>      Third-party Defendant. | NO.  C09-164RSL<br><br>STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BETWEEN MICHAEL HIPPLE AND AGE FOTOSTOCK AMERICA, INC. |

**STIPULATION**

Defendant and Third-Party Plaintiff Michael Hipple and Third Party Defendant Age Fotostock America, Inc., through their attorneys of record stipulated that all claims between these two parties are fully resolved and should be dismissed with prejudice and without costs.

| | |
|---|---|
| REAUGH OETTINGER & LUPPERT P.S.<br><br>By: _____<br>    Sylvia Luppert, WSBA 14802<br>    Attorneys for Michael Hipple | PREG O'DONNELL & GILLETT PLLC<br><br>_____<br>By David R. Antal, WSBA 8076<br>Attorneys for Age Fotostock America |

**ORDER**

Pursuant to the above Stipulation, the Court hereby orders the claims between Michael

STIPULATION AND ORDER - 1

REAUGH OETTINGER & LUPPERT, P.S.
1501 Fifth Avenue, Suite 2200
Seattle, WA 98121-1625
(206) 264-0885         Fax: (206) 264-0662

1  Hipple and Age Fotostock America, Inc. dismissed with prejudice and without costs.

3  Dated this _January 3rd_, 2010

_/s/ Robert S. Lasnik_
Robert J. Lasnik, Disctrict Court Judge

6  Presented by:

**REAUGH OETTINGER & LUPPERT P.S.**

By: _/s/ Sylvia Luppert_
Sylvia Luppert, WSBA 14802
Attorneys for Michael Hipple

**PREG O'DONNELL & GILLETT PLLC**

By: _/s/ David R. Antal_
David R. Antal, WSBA 8076
Attorneys for Age Fotostock America

STIPULATION AND ORDER - 2

REAUGH OETTINGER & LUPPERT, P.S.
1601 Fifth Avenue, Suite 2200
Seattle, WA 98121-1625
(206) 264-0865     Fax: (206) 264-0662